MAURICE BILLIE *v.* COMMISSIONER
OF CORRECTION
(AC 34029)

DiPentima, C. J., and Robinson and Bishop, Js.

Argued September 16—officially released October 1, 2013

Per Curiam. The judgment is affirmed.

GILBERT I. *v.* COMMISSIONER OF CORRECTION
(AC 33893)

Gruendel, Robinson and Keller, Js.

Submitted on briefs September 13—officially released October 1, 2013

Per Curiam. The appeal is dismissed.

RONALD SINGLETON *v.* COMMISSIONER
OF CORRECTION
(AC 33849)

Beach, Bear and Sheldon, Js.

Submitted on briefs September 13—officially released October 1, 2013

Per Curiam. The appeal is dismissed.